WILLIAM S. HIRSCH, ET AL. v. TUSCHILL, LTD., INC., ET AL.

January 28, 1987.

Petition for certification granted.

LOUIS SOTOMAYER, ET AL. v. FERNANDO VASQUEZ, ET AL. AND AETNA CASUALTY AND SURETY COMPANY.

January 28, 1987.

Leave to appeal granted.

ANGELINA SCOTTO v. ROTARY METALS SLITTING CO., INC., ET AL.

January 28, 1987.

Petition for certification denied.

TOWNSHIP OF PISCATAWAY v. MAURICE AND JULIETTE KOPELOWICZ.

January 28, 1987.

Petition for certification denied.